IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES W. MCNEESE,

                **Plaintiff,**

v.                                                                              CASE NO. 24-3153-JWL

(fnu) ANDERSON, et al.,

                **Defendants.**

**MEMORANDUM AND ORDER**

This civil rights action under 42 U.S.C. § 1983 was dismissed on November 4, 2024. (Docs. 9, 10.) Plaintiff has filed a notice of appeal. (Doc. 15.) In a letter dated December 17, 2024, the United States Court of Appeals for the Tenth Circuit directed Plaintiff, among other things, to either pay the $605.00 filing fee for the appeal or file in this Court a motion for leave to proceed on appeal without prepayment of the fees. *See McNeese v. Anderson, et al.*, Tenth Circuit Case No. 24-3191, Doc. 1-2. The Tenth Circuit gave Plaintiff 30 days in which to comply. *Id.*

Plaintiff submitted to the Tenth Circuit a motion for leave to appeal without prepayment of fees—also known as a motion for leave to appeal in forma pauperis—which the Tenth Circuit forwarded to this Court on January 6, 2025. (Doc. 18.) On January 7, 2025, this Court issued an order to show cause, explaining that Plaintiff failed to submit certain information required to support his motion for leave to appeal in forma pauperis. (Doc. 19.) Specifically, Plaintiff failed to submit a six-month statement from his inmate trust fund account and he failed to state the issue or issues he intends to present on appeal. *Id.* at 1-2. The Court granted Plaintiff to and including February 7, 2025 in which to show cause why the motion should not be denied. *Id.* at 2.

This matter comes now before the Court on Plaintiff's pro se motion for order, which was received by the Court on January 8, 2025. (Docs. 20, 20-1.) Therein, Plaintiff asks the Court "to

1

provide [him] with the cop[ies] of the prepayment of fee form certified copy of the Trust fund account before January[ ]15[,] 2025 [*sic*]." *Id.* at 1.  Plaintiff explains that the Sedgwick County Jail, where he is incarcerated, "is not providing [him]" with the account statement and "is holding [his] mail," so he seeks an extension of time. *Id.* at 1-2. Liberally construing the pro se motion, Plaintiff requests an extension of the mid-January deadline set by the Tenth Circuit for either (1) paying the full appellate filing fee or (2) submitting a motion for leave to appeal in forma pauperis and the required supporting documentation.

As noted above, Plaintiff is being held in a county jail.  This means that he must mail documents to the Court for filing.  The envelope in which the motion now before this Court arrived is postmarked January 2, 2025.  (Doc. 20-1.)  Thus, it appears to have been in transit at the time this Court issued the order to show cause (Doc. 19) on January 7, 2025.  Because the order to show cause granted Plaintiff to and including February 7, 2025 in which to show cause why his motion to appeal in forma pauperis should not be denied, the Court concludes that no further extensions are necessary and will deny the request for an extension as moot.

To the extent that Plaintiff requests copies of a form, such request will also be denied. The Court does not know what Plaintiff means by "the prepayment of fee form certified copy of the trust fund account."  Moreover, the Court does not have access to Plaintiff's inmate account; Plaintiff must obtain the required account statement from the appropriate official at the Sedgwick County Jail.

> A prisoner seeking to . . . appeal a judgment in a civil action or proceeding without prepayment of fees . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the . . . notice of appeal, obtained from the appropriate official of each [institution] at which the prisoner is or was confined.

28 U.S.C. § 1915(a)(2):

Because the motion now before this Court, when liberally construed, asserts that Plaintiff

2

is having difficulty obtaining the account statement, the Court will direct the Clerk to provide the Sedgwick County Jail with a copy of this Order, notifying them of the obligations set forth in 28 U.S.C. § 1915(a)(2), and the order to show cause issued on January 7, 2025 (Doc. 19).

Plaintiff remains obligated to show cause to this Court, on or before February 7, 2025, why his motion for leave to appeal without prepayment of fees should not be denied.  Plaintiff may also, by that same deadline, supplement the motion for leave to appeal without prepayment of fees by providing the required information—the account statement and a description of the issue or issues he intends to raise on appeal—to this Court.

**IT IS THEREFORE ORDERED** that the motion (Doc. 20) is **denied as moot** because the deadline Plaintiff seeks to extend has already been extended by this Court.

**IT IS FURTHER ORDERED** that the Clerk shall provide Sedgwick County Jail with a copy of this Order and the Order to Show Cause at Doc. 19.

**IT IS SO ORDERED.**

DATED:  This 9th day of January, 2025, at Kansas City, Kansas.

　　　　　　　　　　　　　　　　　　S/ John W. Lungstrum
　　　　　　　　　　　　　　　　　　JOHN W. LUNGSTRUM
　　　　　　　　　　　　　　　　　　United States District Judge